**STATE of Missouri, Respondent,**

v.

**David M. REDMOND, Appellant.**

**No. WD 46156.**

Missouri Court of Appeals, Western District.

Feb. 1, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, C.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Defendant appeals convictions' of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action § 571.015.1, RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).